IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                                  No. 07-10009-JTM

TIMOTHY OLIVAS,
    Defendant.

MEMORANDUM AND ORDER

To give effect to the court's intent in its prior Order (Dkt. 42) and defendant's suggested result (Dkt. 41, at 11), the court hereby clarifies that defendant's term of imprisonment is reduced to time served; the defendant shall be on supervised release for a term of 3 years, the first year of which shall be served on home confinement. The defendant's previously imposed conditions of supervised release (mandatory, standard, and special) are unchanged.

IT IS SO ORDERED this day of August, 2020.

.

                                                            *J. Thomas Marten*
                                                            J. Thomas Marten, Judge